JS-6

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Integrated Sports Media, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| INTEGRATED SPORTS MEDIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROSA C. BALLON, et al., <br><br> Defendants. | Case No. 2:08-CV-06896-GAF-PJW <br><br> JUDGMENT |

Default having been entered in this action on December 23, 2009 against Rosa C. Ballon, individually and d/b/a El Pollo Causita; and Romira Corporation, an unknown business entity d/b/a El Pollo Causita, and the application for and the declarations in support of default judgment having been filed on or about January 2, 2010, and same having been duly served on the Defendants and notice being given and with no appearance by the Defendants having been made in person (or in writing) and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///

JUDGMENT CASE NO. 2:08-CV-06896-GAF-PJW
PAGE 1

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants Rosa C. Ballon, individually and d/b/a El Pollo Causita; and Romira Corporation, an unknown business entity d/b/a El Pollo Causita and in favor of Integrated Sports Media, Inc., as follows:

a. **Actual damages in the amount of $500.00 for the conversion of the Plaintiff's *Program*, plus**

b. **Statutory damages (pursuant to 47 U.S.C. 605 (e)(3)(C)(i)(II)) in the amount of $5,000.00 for the unlawful exhibition of Plaintiff's *Program*, plus**

c. **$10,000.00 in enhanced statutory damages (pursuant to 47 U.S.C. 605 (e)(3)(C)(ii)) based of finding of willfulness for the unlawful commercial exhibition of Plaintiff's *Program*.**

d. **$1,530.00 in attorneys' fees and costs of suit.**

Accordingly, **JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $17,030.00**, along with costs in an amount to be determined by the Court and claimed by the Plaintiff on a Costs Bill to be filed within thirty (30) days from the date of this order.

**IT IS SO ORDERED**:

_____       Dated: March 19, 2010
**THE HONORABLE GARY A. FEESS**
**United States District Court**
Central District of California

**JUDGMENT CASE NO. 2:08-CV-06896-GAF-PJW**
**PAGE 2**